IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

        Petitioner,                    No. CIV S-04-1697 FCD JFM P

     vs.

MIKE KNOWLES, et al.,

        Respondents.           <u>ORDER</u>

_____/

       On March 1, 2006, respondents filed a request for reconsideration of the magistrate judge's order filed February 21, 2006, denying respondents' motion to dismiss.  On March 7, 2006, petitioner filed a response to respondents' request.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 21, 2006, is affirmed.

DATED:March 30, 2006

                              /s/ Frank C. Damrell Jr._____
                              FRANK C. DAMRELL JR.
                              United States District Judge